700 A.2d 1231

IN THE MATTER OF WILLIAM B. SPARKS,
AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board on June 11, 1997, having filed with the Court its decision that **WILLIAM B. SPARKS** of **WOODBURY,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1(a) ·(gross neglect); *RPC* 1.3 (lack of diligence); and *RPC* 1.4(a) (failure to communicate), and the Disciplinary Review Board having further recommended that respondent should practice law under the supervision of a practicing attorney for a period of one year, and good cause appearing;

It is ORDERED that **WILLIAM B. SPARKS** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.